# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **MIGUEL RAMIREZ JR.** and **ALEXIS TERAN**, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>**ZTEX CONSTRUCTION INC.,**<br><br>　　　　　Defendant. | Case No. 3:25-cv-00146-DB |

## NOTICE OF SETTLEMENT AND UNOPPOSED REQUEST TO STAY

Plaintiffs Miguel Ramirez Jr. and Alexis Teran by and through their respective undersigned counsel, hereby provide notice that the Parties have reached a classwide settlement in principle in this matter. This settlement is contingent upon the execution of a formal, written agreement.

Plaintiffs request that the Court stay all deadlines for 45 days to allow the Parties to finalize their settlement agreement and either submit a joint status report or file for preliminary approval. Plaintiffs have conferred with counsel for Defendant ZTEX Construction Inc., who does not oppose this request for a stay.

Dated: January 5, 2026　　　　　　By:　/s/ *Brittany Resch*
　　　　　　　　　　　　　　　　　　　Brittany Resch
　　　　　　　　　　　　　　　　　　**STRAUSS BORRELLI PLLC**
　　　　　　　　　　　　　　　　　　One Magnificent Mile
　　　　　　　　　　　　　　　　　　980 N Michigan Avenue, Suite 1610
　　　　　　　　　　　　　　　　　　Chicago IL, 60611
　　　　　　　　　　　　　　　　　　Telephone: (872) 263-1100
　　　　　　　　　　　　　　　　　　Facsimile: (872) 263-1109
　　　　　　　　　　　　　　　　　　bresch@straussborrelli.com

        Leigh Montgomery
        Texas Bar No. 24052214
        lmontgomer@eksm.com
        Jarrett L. Ellzey
        Texas Bar No. 24040864
        jellzey@eksm.com
        **EKSM, LLP**
        4200 Montrose Blvd, Suite 200
        Houston, Texas 77006
        Phone: (888) 350-3931
        Facsimile: (888) 276-3455
        Service only: service@eksm.com

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

  I, Brittany Resch, hereby certify that on January 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 5th day of January, 2026.

        STRAUSS BORRELLI PLLC

        By: */s/ Brittany Resch*
           Brittany Resch
           bresch@straussborrelli.com
           STRAUSS BORRELLI PLLC
           One Magnificent Mile
           980 N Michigan Avenue, Suite 1610
           Chicago IL, 60611
           Telephone: (872) 263-1100
           Facsimile: (872) 263-1109