IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **MIGUEL RAMIREZ, JR. and ALEXIS TERAN**, *individually and on behalf of all others similarly situated,* <br> **Plaintiffs,** <br><br> v. <br><br> **ZTEX Construction, Inc.** <br> **Defendant.** | § § § § § § § § § § | EP-25-CV-00146-DB |

## ORDER

On this day the Court considered Plaintiffs' "Notice of Settlement and Unopposed Request to Stay," ("Notice") filed on January 5, 2026. ECF No. 41. Therein, Plaintiffs state that "the Parties have reached a classwide settlement in principle in this matter. . . ." and "request that the Court stay all deadlines for 45 days to allow the Parties to finalize their settlement agreement and either submit a joint status report or file for preliminary approval." *Id.* at 1. After due consideration, Plaintiffs' Notice is granted.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' "Notice of Settlement and Unopposed Request to Stay," ECF No. 41, is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties **SHALL FILE** all dismissal documents within forty-five (45) days.

**IT IS FINALLY ORDERED** all other deadlines are hereby vacated until further order of the Court.

**SIGNED** this **6th** day of **January 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE