**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MIGUEL RAMIREZ, JR. and ALEXIS TERAN**, *individually and on behalf of all other similarly situated*, **Plaintiffs,** | § § § § | **EP-25-CV-00146-DB** |
| **v.** | § § § | |
| **ZTEX CONSTRUCTION, INC. Defendant.** | § § | |

**FINAL JUDGMENT**

On September 2, 2026, the Court entered a final order approving the class action settlement and dismissing all claims in the above-captioned case. The Court now enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the above-captioned case is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** the District Clerk's office **SHALL CLOSE** this case.

**SIGNED** this **4th** day of **September 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**